IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MALCOLM NEELY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:22-cv-177-RAH |
| | ) |
| ELMORE COUNTY, ELMORE | ) |
| COUNTY COMMISSION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **FINAL JUDGMENT**

In accordance with the Order of the Court entered on this day, it is the **ORDER**, **JUDGMENT**, and **DECREE** of the Court that this action is **DISMISSED with prejudice**. Costs, if any, are taxed against the Plaintiff.

The Clerk of the Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** on this the 11th day of March, 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE