# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 24, 2025

Clerk - Middle District of Alabama
U.S. District Court
1 CHURCH ST
MONTGOMERY, AL 36104

Appeal Number: 24-11112-AA
Case Style: Malcolm Neely v. Elmore County, et al
District Court Docket No: 2:22-cv-00177-RAH-CWB

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

In the
# United States Court of Appeals
For the Eleventh Circuit

_____

No. 24-11112

_____

MALCOLM NEELY,

                                                            Plaintiff-Appellant,

*versus*

ELMORE COUNTY,
ELMORE COUNTY COMMISSION,
HENRY HINES,
individually and in his Official Capacity as a member of the ElmoreCounty Commission,
MACK DAUGHERTY,
individually and in Official Capacity as a member of the Elmore County Commission,
TROY STUBBS,
individually and in his Official Capacity as a member of the Elmore County Commission,
et al.,

2                                                                    24-11112

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:22-cv-00177-RAH-CWB

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: March 26, 2025

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: April 24, 2025